UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ESPERANZA MAGDONLENA SANTANA <br><br> Defendant. | 5:21 CR00105-JGB-7 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- UNDERLYING ALLEGATIONS / FAILURE TO COMPLY WITH COURT ORDER;
- ACTIVE STATE WARRANT
- UNSTABLE RESIDENTIAL HISTORY
- SUBMISSION TO DETENTION

IT IS ORDERED that defendant be detained.

DATED: 10/9/24

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2